# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDOULAYE DJIBRIL DIALLO, | : | Civil No. 1:26-CV-00318 |
| Petitioner, | : | |
| v. | : | |
| KRISTI NOEM, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of February, 2025, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents shall **IMMEDIATELY RELEASE** Petitioner from custody on his own recognizance.

3) Respondents shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **Tuesday, March 3, 2026, at 5:00 p.m.** confirming that Petitioner has been released from custody.

4) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

5) Petitioner may file a motion for fees and costs under the Equal Access to Justice Act within 30 days of final judgment in this action.

6) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania